PHILLIP A. TALBERT
Acting United States Attorney
ANGELA SCOTT
MICHAEL REDDING
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
May 28, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-mj-0091 JDP |
| Plaintiff, | |
| v. | SEALING ORDER |
| ANTONIO MENDOZA RAMOS, ET AL. | |
| Defendants, | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Dated: May 27, 2021

JEREMY D. PETERSON
United States Magistrate Judge