IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ANTONIO MENDOZA RAMOS, et al.,<br>            Defendant. | 2:21-cr-00109-DAD |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JUAN ZAMORA TORES, et al.,<br>            Defendant. | 2:21-cr-00110-JAM |

    Pusuant to the filing of the Notice of Related Cases in case numbers 2:21-cr-00110-JAM, 2:21-cr-00109-DAD on August 25, 2022;

    Case number 2:21-cr-00110-JAM is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

    To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:21-cr-00110-DAD**

///

1

IT IS SO ORDERED.

Dated: __September 19, 2022__

_____
UNITED STATES DISTRICT JUDGE