| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | ANGELA L. SCOTT |
|   | ROBERT C. ABENDROTH |
| 3 | Assistant United States Attorney |
|   | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00109-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING MOTIONS BRIEFING SCHEDULE AND HEARING; ORDER |
| v. | |
| ANTONIO MENDOZA RAMOS, LEOPOLDO GONZALEZ, JR., VICTOR MANUEL VELAZQUEZ, ERASMO ZARATE SOLORZANO, ESTELA ACEVEDO, CARLOS CANO MANZO, DIANA CERVANTES, JOSE GENARO VARGAS-RAMIREZ, ALMA ADRIANA MORA MADRIGAL, ALEJANDRO MORA MADRIGAL, FERNANDO CARDENAS, AND HUMBERTO PIMENTEL CARANZA, | COURT: Hon. Dale A. Drozd |
| Defendants. | |

**STIPULATION**

1. Plaintiff United States of America, by and through its counsel of record, and defendant VICTOR MANUEL VELAZQUEZ, by and through his counsel of record, Timothy Zindel, defendant ESTELA ACEVEDO, by and through her counsel of record, Clemente M. Jimenez, defendant DIANA CERVANTES, by and through her counsel of record, Jennifer Mouzis, defendant JOSE GENARO VARGAS-RAMIREZ, by and through his counsel of record, DINA LEE SANTOS, and defendant

HUMBERTO PIMENTEL CARANZA, by and through his counsel of record, Jesse Garcia, hereby stipulate[1] as follows:

    2.    At the trial setting conference on October 3, 2023, the Court set trial in this matter for November 4, 2024, and a trial confirmation hearing for October 8, 2024.  Doc. 208.

    3.    Also at that hearing, the Court set a pretrial motions hearing for September 17, 2024. Doc. 208.  It is the parties' understanding that the Court set this hearing to address substantive motions, such as motions to suppress evidence.

    4.    To that end, the parties hereby request that the Court order the following briefing schedule for any such substantive motions:

    a)    Pretrial motions due: Monday, June 24, 2024

    b)    Oppositions due:  Monday, July 22, 2024

    c)    Replies due:  Monday, August 19, 2024

    5.    Additionally, given the complexity of the this case, the parties anticipate the filing of several motions *in limine*.  The parties respectfully request that the Court set the following motions *in limine* briefing schedule as well as a hearing on any motions *in limine* filed:

    a)    Motions *in limine* due:  Monday, September 23, 2024

    b)    Oppositions due:  Monday, October 7, 2024

    c)    Replies due: Monday, October 14, 2024

    d)    Hearing on motions *in limine*: Tuesday, October 22, 2024

//

//

//

---

[1] Counsel for defendant LEOPOLDO GONZALEZ, JR., Ryan Roth, has not joined this stipulation.  When undersigned government counsel originally circulated the stipulation, Mr. Roth responded by stating that he would be engaged in a homicide trial in October 2024 in Stanislaus County. Undersigned government counsel has been unable to reach Mr. Roth to obtain clarification or alternate dates.

Defendants ERASMO ZARATE SOLORZANO and ALMA ADRIANA MORA MADRIGAL were arrested on the indictment in the above-captioned case but are currently fugitives.  The Court previously relieved their attorneys as counsel of record.  Consequently, their attorneys have not joined in this stipulation.  Defendant FERNANDO CARDENAS has already been sentenced in this matter, so his counsel likewise has not joined this stipulation.

1

2  IT IS SO STIPULATED.

3

4

5  Dated: May 1, 2024                              PHILLIP A. TALBERT
                                                   United States Attorney

6

7                                                  /s/ ANGELA L. SCOTT
                                                   ANGELA L. SCOTT
8                                                  Assistant United States Attorney

9

10 Dated: May 1, 2024                              /s/ TIMOTHY ZINDEL per
                                                   email authorization
11                                                 TIMOTHY ZINDEL
12                                                 Counsel for Defendant
                                                   VICTOR MANUEL
13                                                 VELAZQUEZ

14

15 Dated: May 1, 2024                              /s/ CLEMENTE M. JIMENEZ
                                                   per telephonic authorization
16                                                 CLEMENTE M. JIMENEZ
17                                                 Counsel for Defendant
                                                   ESTELA ACEVEDO

18

19 Dated: May 1, 2024                              /s/ JENNIFER MOUZIS per
                                                   email authorization
20                                                 JENNIFER MOUZIS
21                                                 Counsel for Defendant
                                                   DIANA CERVANTES

22

23 Dated: May 1, 2024                              /s/ DINA LEE SANTOS per
                                                   telephonic authorization
24                                                 DINA LEE SANTOS
                                                   Counsel for Defendant
25                                                 JOSE GENARO VARGAS-
                                                   RAMIREZ
26

27

28

STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING                    3

Dated: May 1, 2024                      /s/ JESSE GARCIA per email authorization
                                        JESSE GARCIA
                                        Counsel for Defendant
                                        HUMBERTO PIMENTEL CARANZA

**ORDER**

For good cause shown, the Court HEREBY ORDERS the following briefing schedule for substantive pretrial motions, such as any motions to suppress evidence:

- Pretrial motions due: Monday, June 24, 2024
- Oppositions due: Monday, July 22, 2024
- Replies due: Monday, August 19, 2024

The September 17, 2024 hearing on these motions previously set by the Court remains as ordered.

The Court FURTHER ORDERS that a hearing on any motions *in limine* be set for Tuesday, October 22, 2024, at 9:30 a.m. The briefing schedule for motions *in limine* is HEREBY ORDERED as follows:

- Motions *in limine* due: Monday, September 23, 2024
- Oppositions to motions *in limine* due: Monday, October 7, 2024
- Replies due: Monday, October 14, 2024

IT IS SO ORDERED.

Dated:   **May 1, 2024**                     _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE