CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ESTELA ACEVEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO MENDOZA RAMOS, et al.,<br><br>    Defendants. | Case No.: 2:21-cr-109 DAD-5<br><br>STIPULATION AND ORDER TO ADVANCE MATTER<br><br>DATE:  June 27, 2024<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Angela Scott, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Estela Acevedo, that the matter be advanced to this court's criminal calendar on August 27, 2024, at 9:30 a.m. for change of plea. The matter is currently set for trial confirmation on October 8, 2024, and for trial on November 4, 2024. This request to advance pertains to Defendant Estela Acevedo only.

//
//
//
//
//
//

06/27/24

DATED: June 27, 2024          /S/    Angela Scott
                              PHILLIP TALBERT
                              by ANGELA SCOTT
                              Attorney for Plaintiff

DATED: June 27, 2024          /S/    Clemente M. Jiménez
                              CLEMENTE M. JIMÉNEZ
                              Attorney for Estela Acevedo

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, this matter is advanced as to defendant Estela Acevedo only to August 27, 2024, at 9:30 a.m. for change of plea hearing.

IT IS SO ORDERED.

Dated: **June 27, 2024**              _Dale A. Drozd_
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

06/27/24