PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
ANGELA SCOTT
EMILY SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-109-DAD |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ANTONIO MENDOZA RAMOS, LEOPOLDO GONZALEZ, JR., VICTOR MANUEL VELAZQUEZ, ERASMO ZARATE SOLORZANO, ESTELA ACEVEDO, CARLOS CANO MANZO, DIANA CERVANTES, JOSE GENARO VARGAS-RAMIREZ, ALMA ADRIANA MORA MADRIGAL, ALEJANDRO MORA MADRIGAL, FERNANDO CARDENAS, AND HUMBERTO PIMENTEL CARANZA, | COURT: Hon. Dale A. Drozd |
| Defendants. | |

**STIPULATION**

1.     Plaintiff United States of America, by and through its counsel of record, and defendant LEOPOLDO GONZALEZ, JR. by and through his counsel of record, Ryan Roth, VICTOR MANUEL VELAZQUEZ, by and through his counsel of record, Timothy Zindel, defendant DIANA CERVANTES, by and through her counsel of record, Jennifer Mouzis, and defendant JOSE GENARO VARGAS-RAMIREZ, by and through his counsel of record, Dina Lee Santos, hereby stipulate as

follows:

2. By previous order, the Court set a pretrial motions deadline and a briefing schedule. Doc. No. 222. In the same Order the Court scheduled a pretrial motions hearing for September 17, 2024, should the parties have filed pretrial motions requiring disposition in anticipation of trial. No pretrial motions have been filed. Because no pretrial motions have been filed, the government and the remaining defendants now seek to vacate the pretrial motions hearing set for September 17, 2024.

3. Because there are no pending pretrial motions, the parties agree, stipulate, and request that the Court vacate the September 17, 2024 pretrial motions hearing.

IT IS SO STIPULATED.

Dated: September 11, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT C. ABENDROTH
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated: September 11, 2024

/s/ RYAN ROTH per email authorization
RYAN ROTH
Counsel for Defendant
LEOPOLDO GONZALEZ, JR.

Dated: September 11, 2024

/s/ TIMOTHY ZINDEL per email authorization
TIMOTHY ZINDEL
Counsel for Defendant
VICTOR MANUEL VELAZQUEZ

Dated: September 11, 2024

/s/ JENNIFER MOUZIS per email authorization
JENNIFER MOUZIS
Counsel for Defendant
DIANA CERVANTES

STIPULATION VACATING PRETRIAL MOTIONS HEARING

2

Dated: September 11, 2024

/s/ DINA LEE SANTOS per email authorization
DINA LEE SANTOS
Counsel for Defendant
JOSE GENARO VARGAS-RAMIREZ

**ORDER**

For the reasons stated in this Stipulation, the September 17, 2024 pretrial motions hearing is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  **September 16, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE